**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.: 16−56070−pjs
Chapter: 13

In Re: (NAME OF DEBTOR(S))
Shahram Nasserian
3576 Upton Drive
Troy, MI 48084

Social Security No.:
xxx−xx−2871

Employer's Tax I.D. No.:

---

## NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor(s) failed to comply with the Local Form Certification Regarding Domestic Support Obligations.

Dated: 4/25/17

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court